**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: KIM'S PROVISION CO., INC.                §      Case No. 12-27247
                                                §
                                                §
                                                §
          Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

        Charles A.  Stanziale, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: $2,000.00 *(without deducting any secured claims)* | | Assets Exempt: N/A | |
| Total Distributions to Claimants: $918,294.63 | | Claims Discharged Without Payment: N/A | |
| Total Expenses of Administration: $758,143.90 | | | |

        3) Total gross receipts of $1,676,438.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,676,438.53 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,000,000.00 | $8,913,265.66 | $3,200,000.00 | $918,294.63 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $758,143.90 | $758,143.90 | $758,143.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,803.92 | $1,401.96 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,688,320.00 | $1,374,532.64 | $1,374,397.64 | $0.00 |
| **TOTAL DISBURSEMENTS** | $7,688,320.00 | $11,048,746.12 | $5,333,943.50 | $1,676,438.53 |

4) This case was originally filed under chapter 11 on 05/01/2012, and it was converted to chapter 7 on 12/12/2012.  The case was pending for 84 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:        11/16/2019

By: /s/ Charles A.  Stanziale
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT PER CONSENT ORDER DATED 9/18/15 | 1249-000 | $50,000.00 |
| AP 12-2701 - Fancy Foods & NGF, Inc. | 1241-000 | $231,229.86 |
| PREFERENCE DEMANDS | 1241-000 | $480,954.77 |
| SETTLEMENT PER MOTION FILED 6/11/13 [DOC #97] | 1241-000 | $475,000.00 |
| SHK HOLDINGS & SHK EQUITIES | 1229-000 | $50,000.00 |
| Automobiles, trucks, trailers and other vehicles | 1129-000 | $4,337.95 |
| AP 14-01417 - New Bank | 1241-000 | $100,173.84 |
| AP 14-01410 - CK BBQ | 1241-000 | $65,000.00 |
| HSBC Account | 1229-000 | $16,593.04 |
| Checking, savings or other financial accounts, c | 1129-000 | $87,649.07 |
| OTHER CONTINGENT AND UNLIQUIDATED CLAIMS - PS | 1241-000 | $115,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,676,438.53** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 -1 | Helicon Partners, LLC | 4210-000 | $0.00 | $8,913,265.66 | $3,200,000.00 | $918,294.63 |
| N/F | Helicon Partners LLC c/o Pashman Stein | 4110-000 | $6,000,000.00 | NA | NA | NA |
| N/F | Woori America Bank | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$6,000,000.00** | **$8,913,265.66** | **$3,200,000.00** | **$918,294.63** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - CHARLES A. STANZIALE | 2100-000 | NA | $51,528.77 | $51,528.77 | $51,528.77 |
| Attorney for Trustee Fees - McCARTER & ENGLISH, LLP | 3110-000 | NA | $367,438.64 | $367,438.64 | $367,438.64 |
| Attorney for Trustee, Expenses - McCARTER & ENGLISH, LLP | 3120-000 | NA | $22,368.94 | $22,368.94 | $22,368.94 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - BOND | 2300-000 | NA | $700.29 | $700.29 | $700.29 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $935.70 | $935.70 | $935.70 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $75,576.53 | $75,576.53 | $75,576.53 |
| Attorney for Trustee Fees (Other Firm) - BLAKELELY LLP | 3210-000 | NA | $59.68 | $59.68 | $59.68 |
| Attorney for Trustee Fees (Other Firm) - PASHMAN STEIN, PC | 3210-000 | NA | $129,875.38 | $129,875.38 | $129,875.38 |
| Attorney for Trustee Expenses (Other Firm)  - BLAKELELY LLP | 3220-000 | NA | $1,346.25 | $1,346.25 | $1,346.25 |
| Attorney for Trustee Expenses (Other Firm)  - PASHMAN STEIN, PC | 3220-000 | NA | $3,727.32 | $3,727.32 | $3,727.32 |
| Accountant for Trustee Fees (Other Firm) - BEDERSON & COMPANY | 3410-000 | NA | $102,109.50 | $102,109.50 | $102,109.50 |
| Accountant for Trustee Expenses (Other Firm) - BEDERSON & COMPANY | 3420-000 | NA | $826.90 | $826.90 | $826.90 |
| Arbitrator/Mediator for Trustee Fees - FOX ROTHSCHILD LLP | 3721-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$758,143.90** | **$758,143.90** | **$758,143.90** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P-1 | Department of Treasury - Internal Revenue Service | 5800-000 | $0.00 | $1,401.96 | $0.00 | $0.00 |
| 2P-2 | Department of Treasury - Internal Revenue Service | 5800-000 | $0.00 | $1,401.96 | $1,401.96 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$2,803.92** | **$1,401.96** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | Parker International | 7100-000 | $0.00 | $100,228.90 | $100,228.90 | $0.00 |
| 2U-1 | Department of Treasury - Internal Revenue Service | 7100-000 | $0.00 | $135.00 | $0.00 | $0.00 |
| 2U-2 | Department of Treasury - Internal Revenue Service | 7100-000 | $0.00 | $135.00 | $135.00 | $0.00 |
| 5 -3 | Angus America Inc. | 7100-000 | $0.00 | $1,092,275.67 | $1,092,275.67 | $0.00 |
| 6 -1 | Epstein Becker & Green PC | 7100-000 | $0.00 | $181,758.07 | $181,758.07 | $0.00 |
| N/F | AVA Hunts Point Coop | 7100-000 | $27,220.00 | NA | NA | NA |
| N/F | Angus America Inc. | 7100-000 | $650,000.00 | NA | NA | NA |
| N/F | Berlin and Denma | 7100-000 | $33,780.00 | NA | NA | NA |
| N/F | Hoskie Company Inc. | 7100-000 | $37,000.00 | NA | NA | NA |
| N/F | Market Distributor | 7100-000 | $38,700.00 | NA | NA | NA |
| N/F | NGF Inc. | 7100-000 | $580,000.00 | NA | NA | NA |
| N/F | Parker International | 7100-000 | $100,620.00 | NA | NA | NA |
| N/F | Taewon Trade Co, Ltd | 7100-000 | $130,600.00 | NA | NA | NA |
| N/F | West Side Hunts Point Coop | 7100-000 | $30,900.00 | NA | NA | NA |
| N/F | Western Wholesale | 7100-000 | $59,500.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,688,320.00** | **$1,374,532.64** | **$1,374,397.64** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

Exhibit 8

Page: 1

## Asset Cases

**Case No.:** 12-27247

**Case Name:** KIM'S PROVISION CO., INC.

**For Period Ending:** 11/16/2019

**Trustee Name:** (500049) Charles A. Stanziale

**Date Filed (f) or Converted (c):** 12/12/2012 (c)

**§ 341(a) Meeting Date:** 01/24/2013

**Claims Bar Date:** 04/24/2013

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking, savings or other financial accounts, c<br><br>Orig. Description: Checking Account at Signature Bank; Imported from original petition Doc# 17; Lien: Value $ 0 - Amount: 6000000.00 | Unknown | 0.00 | | 87,649.07 | FA |
| 2 | Automobiles, trucks, trailers and other vehicles<br><br>Orig. Description: Three Trucks and One Van; Imported from original petition Doc# 17 | 20,000.00 | 5,000.00 | | 4,337.95 | FA |
| 3 | Office equipment, furnishings, and supplies.<br><br>Orig. Description: Computer, Copy Machines and Other Office Equipments; Imported from original petition Doc# 17  Office equipment is old and in disrepair.- No Value. | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | SHK HOLDINGS & SHK EQUITIES (u)<br><br>FUNDS HELD IN ATTORNEY TRUST ACCOUNT - | 0.00 | 0.00 | | 50,000.00 | FA |
| 5 | PREFERENCE DEMANDS (u) | 0.00 | 800,000.00 | | 480,954.77 | FA |
| 6 | SETTLEMENT PER MOTION FILED 6/11/13 [DOC #97] (u)<br><br>Payments to be made in monthly installments -Eun Ha Soo.  Settlement includes accounts receivable and one truck. | 0.00 | 475,000.00 | | 475,000.00 | FA |
| 7 | AP 12-2701 - Fancy Foods & NGF, Inc. (u)<br><br>AP 12-2701 - Fancy Foods settled for $150,000.00 - payments at $10,000 per mo., NGF, Inc. settled for $81,229.86. | 0.00 | 200,000.00 | | 231,229.86 | FA |
| 8 | HSBC Account (u) | 0.00 | 0.00 | | 16,593.04 | FA |
| 9 | SETTLEMENT PER CONSENT ORDER DATED 9/18/15 (u)<br><br>Consent Order and Final Judgment  entered  9/18/15 [doc. No. 217] re Sangwon Sohn.  Payment to be made in installments.  Amount settled for $50,000.00, | Unknown | 101,594.00 | | 50,000.00 | FA |
| 10 | AP 14-01410 - CK BBQ (u)<br><br>Case settled for $65,000.00 | 0.00 | 75,000.00 | | 65,000.00 | FA |
| 11 | AP 14-01417 - New Bank (u)<br><br>Matter settled for $100,000.00, to be paid in monthly installments.  $92,173.84 paid to date. | Unknown | 100,000.00 | | 100,173.84 | FA |
| 12 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 13 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS - PS (u)<br><br>Litigation proceeds collected by special counsel, Pashman Stein | Unknown | Unknown | | 115,500.00 | FA |
| **13** | **Assets Totals (Excluding unknown values)** | **$22,000.00** | **$1,756,594.00** | | **$1,676,438.53** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

Exhibit 8

Page:  2

## Asset Cases

**Case No.:**  12-27247

**Case Name:**  KIM'S PROVISION CO., INC.

**For Period Ending:**  11/16/2019

**Trustee Name:**  (500049) Charles A.  Stanziale

**Date Filed (f) or Converted (c):**  12/12/2012 (c)

**§ 341(a) Meeting Date:**  01/24/2013

**Claims Bar Date:**  04/24/2013

**Major Activities Affecting Case Closing:**

Final hearing date 9/17/19 - TDR to be filed upon zero balance in account

Settlements in adversary actions, orders regarding professional fee applications and preference litigation matters may be found under 12-21053, 15 Engle Street LLC, a case which was jointly administered with the debtor when the cases were in Chapter 11.

**Initial Projected Date Of Final Report (TFR):**  12/31/2014       **Current Projected Date Of Final Report (TFR):**   05/02/2019 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 2

Exhibit 9

Page: 1

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-27247 | |
| **Case Name:** | KIM'S PROVISION CO., INC. | |
| **Taxpayer ID #:** | **-***6826 | |
| **For Period Ending:** | 11/16/2019 | |

| | |
|---|---|
| **Trustee Name:** | Charles A. Stanziale (500049) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******6266 ESCROW FUNDS |
| **Blanket Bond (per case limit):** | $48,993,100.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/13 | {4} | PASHMAN STEIN, PC | TURNOVER FUNDS - TO BE HELD IN ESCROW ACCOUNT | 1229-000 | 50,000.00 | | 50,000.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.34 | 49,902.66 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.80 | 49,803.86 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.11 | 49,714.75 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.88 | 49,609.87 |
| 08/28/13 | {5} | NATIONS BEST MEAT WHOLESALERS, INC. | SETTLEMENT - PREFERENCE DEMAND | 1241-000 | 2,698.50 | | 52,308.37 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.32 | 52,213.05 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.09 | 52,113.96 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.68 | 51,995.28 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.14 | 51,894.14 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.04 | 51,775.10 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.04 | 51,661.06 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.74 | 51,550.32 |
| 01/16/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/16/2015 FOR CASE #12-27247, Bond #******3384 | 2300-000 | | 273.82 | 51,276.50 |
| 04/20/15 | | INTERNATIONAL SURETIES, LTD. | REFUND PURSUANT TO RATE READJUSTMENT | 2300-000 | | -216.93 | 51,493.43 |
| 01/09/18 | 102 | International Sureties, LTD | Bond #016026384 | 2300-000 | | 344.87 | 51,148.56 |
| 08/21/18 | {11} | EUN HA SOO CATERING INC | AP 14-01417 Final Installment | 1241-000 | 8,000.00 | | 59,148.56 |
| 02/01/19 | 103 | International Sureties, LTD | Chapter 7 Blanket Bond #016026384 | 2300-000 | | 355.42 | 58,793.14 |
| 04/28/19 | | To Account #******6267 | transfer funds to close account | 9999-000 | | 58,793.14 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **COLUMN TOTALS** | | 60,698.50 | 60,698.50 | **$0.00** |
| | Less: Bank Transfers/CDs | | 0.00 | 58,793.14 | |
| | **Subtotal** | | 60,698.50 | 1,905.36 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$60,698.50** | **$1,905.36** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                    *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 12-27247 | | **Trustee Name:** | | Charles A. Stanziale (500049) | |
| **Case Name:** | KIM'S PROVISION CO., INC. | | **Bank Name:** | | Mechanics Bank | |
| **Taxpayer ID #:** | **-***6826 | | **Account #:** | | ******6267 Checking Account | |
| **For Period Ending:** | 11/16/2019 | | **Blanket Bond (per case limit):** | | $48,993,100.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/06/13 | {8} | HSBC | turnover funds from account that debtors opened after petition was filed | 1229-000 | 16,593.04 | | 16,593.04 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.50 | 16,575.54 |
| 09/03/13 | {5} | WEST SIDE FOODS, INC | SETTLEMENT - PREFERENCE DEMAND | 1241-000 | 3,000.00 | | 19,575.54 |
| 10/01/13 | {5} | PORK KING SAUSAGE, INC. | SETTLEMENT - PREFERENCE DEMAND | 1241-000 | 3,772.00 | | 23,347.54 |
| 01/02/14 | {5} | TANNOUS & TANNHOUS, CPA | SETTLEMENT, RE POST PETITION RANSFERS | 1241-000 | 1,800.00 | | 25,147.54 |
| 01/07/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-27247, TRUSTEE'S BOND, ACCT ****-***-1944 | 2300-000 | | 65.65 | 25,081.89 |
| 02/04/14 | {5} | AMERICAN FOODS GROUP, LLC | SETTLEMENT - PREFERENCE DEMAND | 1241-000 | 1,500.00 | | 26,581.89 |
| 02/04/14 | {5} | FOODDIRECT | SETTLEMENT - PREFERENCE DEMAND | 1241-000 | 4,500.00 | | 31,081.89 |
| 02/12/14 | {5} | UNITED HEALTHCRE CS. INC. | SETTLEMENT - PRE/POST PETITION TRANSFERS TO OXFORD | 1241-000 | 732.38 | | 31,814.27 |
| 02/24/14 | {5} | CITY OF NEW YORK, OFFICE OF COMPTROLLER | REFUND LICENSE FEE PAID BY DEBTOR AFTER BANKRUPTCY WAS FILED. | 1241-000 | 4,000.00 | | 35,814.27 |
| 03/04/14 | {5} | RHODE ISLAND SCHOOL OF DESIGN | SETTLEMENT - POST PETITION TRANSFER | 1241-000 | 32,250.63 | | 68,064.90 |
| 03/10/14 | {6} | EUN HA SOO CATERING INC. | First Payment on Settlement | 1249-000 | 25,000.00 | | 93,064.90 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.15 | 92,884.75 |
| 04/04/14 | {5} | WESTERN WHOLESALE MEATS | SETTLEMENT | 1241-000 | 6,500.00 | | 99,384.75 |
| 04/11/14 | {6} | EUN HA SOO CATERING INC. | Settlement - 2nd payment | 1249-000 | 16,000.00 | | 115,384.75 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.05 | 115,143.70 |
| 05/09/14 | {6} | EUN HA SOO CATERING INC. | Settlement - 3rd payment | 1249-000 | 16,000.00 | | 131,143.70 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.57 | 130,890.13 |
| 06/12/14 | {6} | EUN HA SOO CATERING INC. | Settlement - 4th payment | 1249-000 | 16,000.00 | | 146,890.13 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 265.17 | 146,624.96 |
| 07/02/14 | {5} | BOROUGH OF CLOSTER | AP 14-1406 SETTLEMENT | 1241-000 | 7,393.12 | | 154,018.08 |
| 07/02/14 | {5} | GREATER OMAHA PACKING CO. | AP 13-02227 - SETTLEMENT | 1241-000 | 20,000.00 | | 174,018.08 |
| 07/10/14 | {6} | EUN HA SOO CATERING INC. | Settlement - 5th payment | 1249-000 | 16,000.00 | | 190,018.08 |
| 07/21/14 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT 1 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 200,018.08 |
| 07/21/14 | {7} | WOLF HALDENSTEIN ADLER FREEMAN HERZ | AP 12-2701 - SETTLEMENT PAYMENT- PER ORDER DATED 7/16/14 RE NGF, INC. | 1241-000 | 81,229.86 | | 281,247.94 |
| 07/30/14 | {5} | ANGUS AMERICA, INC. | AP 14-01402 - PREFERENCE SETTLEMENT | 1241-000 | 26,000.00 | | 307,247.94 |

**Page Subtotals:**          **$308,271.03**          **$1,023.09**

{ } Asset Reference(s)      **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 3

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-27247 | **Trustee Name:** Charles A. Stanziale (500049) |
| **Case Name:** | KIM'S PROVISION CO., INC. | **Bank Name:** Mechanics Bank |
| **Taxpayer ID #:** | **-***6826 | **Account #:** ******6267 Checking Account |
| **For Period Ending:** | 11/16/2019 | **Blanket Bond (per case limit):** $48,993,100.00 |
| | | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 399.80 | 306,848.14 |
| 08/04/14 | {5} | HOSKIE CO INC | AP 14-01413 - SETTLEMENT | 1241-000 | 9,000.00 | | 315,848.14 |
| 08/11/14 | {5} | KEYSTONE GROWTH CORP. | AP 14-01405 - AXIOM SETTLEMENT | 1241-000 | 15,000.00 | | 330,848.14 |
| 08/11/14 | {6} | EUN HA SOO CATERING INC. | Settlement - 6th payment | 1249-000 | 16,000.00 | | 346,848.14 |
| 08/11/14 | {5} | M&T BANK | AP 14-01428 - SETTLEMENT | 1241-000 | 2,500.00 | | 349,348.14 |
| 08/14/14 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT 2 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 359,348.14 |
| 08/15/14 | {5} | NCL CAPITAL ADVISORS, INC. | AP 14-01416 - 1ST OF SIX PAYMENTS ON SETTLEMENT | 1241-000 | 5,000.00 | | 364,348.14 |
| 08/29/14 | {2} | HITACHI CAPITAL AMERICA CORP. | OVERAGE DISBURSEMENT AFTER SALE OF MOTOR VEHICLE | 1129-000 | 4,337.95 | | 368,686.09 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 545.32 | 368,140.77 |
| 09/03/14 | {5} | MARKET MEATS, INC. | AP 14-01415 - SETTLEMENT | 1241-000 | 6,000.00 | | 374,140.77 |
| 09/09/14 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT 3 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 384,140.77 |
| 09/11/14 | {6} | EUN HA SOO CATERING INC. | Settlement - 7th payment | 1249-000 | 16,000.00 | | 400,140.77 |
| 09/12/14 | {5} | ALPINE COUNTRY CLUB | AP 14-01401 - SETTLEMENT | 1241-000 | 15,000.00 | | 415,140.77 |
| 09/15/14 | {5} | R & W PROVISIONS CO., INC. | AP 14-01418 - SETTLEMENT | 1241-000 | 2,800.00 | | 417,940.77 |
| 09/15/14 | {5} | NCL CAPITAL ADVISORS, INC. | AP 14-01416 - 2nd  PAYMENT ON SETTLEMENT | 1241-000 | 5,000.00 | | 422,940.77 |
| 09/16/14 | {5} | DISCOVER FINANCIAL SERVICES | AP 14-01429 - SETTLEMENT | 1241-000 | 14,000.00 | | 436,940.77 |
| 09/17/14 | {5} | AMERICAN EXPRESS TRAVEL RELATED SVCS. CO. | AP 14-01730  - Part 1 of 2 - payment on settlement | 1241-000 | 79,440.00 | | 516,380.77 |
| 09/17/14 | {5} | AMERICAN EXPRESS TRAVEL RELATED SVCS. CO. | AP 14-01730 - Part 2 of 2 - payment on settlement | 1241-000 | 560.00 | | 516,940.77 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 743.98 | 516,196.79 |
| 10/10/14 | {6} | EUN HA SOO CATERING INC. | Settlement - 8th payment | 1249-000 | 16,000.00 | | 532,196.79 |
| 10/10/14 | {5} | STARLIGHT MANAGEMENT, LLC | AP 12-21053 - SETTLEMENT | 1241-000 | 30,000.00 | | 562,196.79 |
| 10/10/14 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #4 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 572,196.79 |
| 10/16/14 | {5} | NCL CAPITAL ADVISORS, INC. | AP 14-01416 -  PAYMENT #3 ON $30,000.00 SETTLEMENT | 1241-000 | 5,000.00 | | 577,196.79 |
| 10/20/14 | {5} | ALBANESE DEVELOPMENT CORPORATION | AP 14-01400 - SETTLEMENT IN FULL | 1241-000 | 27,000.00 | | 604,196.79 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 905.78 | 603,291.01 |
| 11/03/14 | {5} | DANIEL D. KIM,  PC | AP 14-1408, 14-1409, 14-1412, 14-1414 - SETTLEMENT | 1241-000 | 11,000.00 | | 614,291.01 |
| 11/07/14 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #5 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 624,291.01 |
| 11/07/14 | {5} | NELSON LEE | AP 14-01416 -  PAYMENT #4 ON $30,000.00 SETTLEMENT | 1241-000 | 5,000.00 | | 629,291.01 |

**Page Subtotals:**      **$324,637.95**      **$2,594.88**

*{ } Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**      *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 4

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-27247 | |
| **Case Name:** | KIM'S PROVISION CO., INC. | |
| **Taxpayer ID #:** | **-***6826 | |
| **For Period Ending:** | 11/16/2019 | |

| | |
|---|---|
| **Trustee Name:** | Charles A.  Stanziale (500049) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******6267 Checking Account |
| **Blanket Bond (per case limit):** | $48,993,100.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/10/14 | {6} | EUN HA SOO CATERING INC. | Settlement - 9th payment | 1249-000 | 16,000.00 | | 645,291.01 |
| 11/13/14 | {5} | AVA PORK PRODUCTS, INC. | AP 14-1404 - settlement in full | 1241-000 | 6,500.00 | | 651,791.01 |
| 11/17/14 | 102 | FOX ROTHSCHILD LLP | MEDIATION SERVICES - AVA PORK PRODUCTS, INC. NO. 14-01404 | 3721-000 | | 1,000.00 | 650,791.01 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 887.47 | 649,903.54 |
| 12/05/14 | {13} | CITI BUSINESS SERVICES | AP 14-01423 - SETTLEMENT | 1241-000 | 15,000.00 | | 664,903.54 |
| 12/08/14 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #6 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 674,903.54 |
| 12/10/14 | {6} | EUN HA SOO CATERING INC. | Settlement - 10th payment | 1249-000 | 16,000.00 | | 690,903.54 |
| 12/10/14 | {5} | NCL CAPITAL ADVISORS, INC. | AP 14-01416 -  PAYMENT #5 ON $30,000.00 SETTLEMENT | 1241-000 | 5,000.00 | | 695,903.54 |
| 12/15/14 | {5} | GELLERT SCALI BUSENKELL & BROWN, LLC | AP 14-01411 - HANJIN SHIPPING SETTLEMENT | 1241-000 | 4,000.00 | | 699,903.54 |
| 12/15/14 | {13} | BANK OF AMERICA N.A. | AP 14-01426 - Trustee v. Bank of America~AP 14-01432 - Trustee v. FIA Card Services, N.A.~Settlements in full | 1241-000 | 58,000.00 | | 757,903.54 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,235.32 | 756,668.22 |
| 01/09/15 | {5} | NCL CAPITAL ADVISORS, INC. | AP 14-01416 -  PAYMENT #6 ON $30,000.00 SETTLEMENT - FINAL PAYMENT. | 1241-000 | 5,000.00 | | 761,668.22 |
| 01/09/15 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #7  OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 771,668.22 |
| 01/09/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 111h payment | 1249-000 | 16,000.00 | | 787,668.22 |
| 01/15/15 | 103 | BEDERSON & COMPANY | 1ST INTERIM FEES ALLOWED PER ORDER DATED 1/12/15 [DOC. 226] | 3410-000 | | 76,582.00 | 711,086.22 |
| 01/15/15 | 104 | BEDERSON & COMPANY | 1ST INTERIM EXPENSES ALLOWED PER ORDER  DATED 1/12/15 | 3420-000 | | 541.26 | 710,544.96 |
| 01/15/15 | 105 | McCARTER & ENGLISH, LLP | 1ST INTERIM FEES ALLOWED PER ORDER DATED 1/12/15 [DOC 227] | | | 258,504.56 | 452,040.40 |
| | | McCARTER & ENGLISH, LLP | NON-CONTINGENCY SERVICES        $155,505.00 | 3110-000 | | | |
| | | McCARTER & ENGLISH, LLP | CONTINGENCY FEES        $82,548.19 | 3110-000 | | | |
| | | McCARTER & ENGLISH, LLP | EXPENSE REIMBURSEMENT        $20,451.37 | 3120-000 | | | |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,039.34 | 451,001.06 |
| 02/12/15 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #8  OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 461,001.06 |
| 02/12/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 12th payment | 1249-000 | 16,000.00 | | 477,001.06 |
| 02/26/15 | {5} | ASIA BANK, N.A. | AP 14-01403 - SETTLEMENT IN FULL | 1241-000 | 107,712.62 | | 584,713.68 |

**Page Subtotals:**      **$295,212.62**      **$339,789.95**

**Form 2**

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 12-27247 | Trustee Name: | Charles A. Stanziale (500049) |
|---|---|---|---|
| Case Name: | KIM'S PROVISION CO., INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6826 | Account #: | ******6267 Checking Account |
| For Period Ending: | 11/16/2019 | Blanket Bond (per case limit): | $48,993,100.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 691.74 | 584,021.94 |
| 03/10/15 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #9 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 594,021.94 |
| 03/12/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 13th payment | 1249-000 | 16,000.00 | | 610,021.94 |
| 03/27/15 | {5} | BLAKELEY & BLAKELEY LLP | MILLIE'S DELI - PAYMENT ON AR DEMAND | 1241-000 | 170.52 | | 610,192.46 |
| 03/27/15 | {13} | JPMORGAN CHASE | AP 14-01425 - SETTLEMENT ADV MATTER V. JPMORGAN CHASE | 1241-000 | 42,500.00 | | 652,692.46 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,000.14 | 651,692.32 |
| 04/14/15 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #10 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 661,692.32 |
| 04/16/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 14th payment | 1249-000 | 16,000.00 | | 677,692.32 |
| 04/16/15 | {10} | CHUNG K. LEE | AP 14-01410 - SETTLEMENT PMT #1 | 1241-000 | 15,000.00 | | 692,692.32 |
| 04/17/15 | {1} | SIGNATURE BANK | TRANSFER FUNDS HELD IN DEBTOR'S ACCOUNTS PER AGREEMENT DATED JUNE,2013 | 1129-000 | 87,649.07 | | 780,341.39 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,092.36 | 779,249.03 |
| 05/01/15 | {9} | SANGWON D. SOHN, ESQ. | INSTALLMENT PAYMENT #1 PURSUANT TO CONSENT ORDER [DOC 217] | 1249-000 | 10,000.00 | | 789,249.03 |
| 05/12/15 | {10} | C. K. BBQ, LLC | AP 14-01410 - SETTLEMENT PMT #2 | 1241-000 | 10,000.00 | | 799,249.03 |
| 05/14/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 15th payment | 1249-000 | 16,000.00 | | 815,249.03 |
| 05/28/15 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #11 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 825,249.03 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,185.46 | 824,063.57 |
| 06/05/15 | {9} | SANGWON D. SOHN, ESQ. | INSTALLMENT PAYMENT PURSUANT TO CONSENT ORDER [DOC 217] | 1249-000 | 5,000.00 | | 829,063.57 |
| 06/05/15 | {9} | CHANHEE SOHN | INSTALLMENT PAYMENT PURSUANT TO CONSENT ORDER [DOC 217] | 1249-000 | 15,000.00 | | 844,063.57 |
| 06/05/15 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #12 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 854,063.57 |
| 06/08/15 | {10} | PICNIC GARDEN BBQ, INC. | AP 14-01410 - SETTLEMENT PMT #3 | 1241-000 | 10,000.00 | | 864,063.57 |
| 06/19/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 16th payment | 1249-000 | 16,000.00 | | 880,063.57 |
| 06/29/15 | {9} | CHANHEE SOHN | INSTALLMENT PAYMENT PURSUANT TO CONSENT ORDER [DOC 217] | 1249-000 | 15,000.00 | | 895,063.57 |
| 06/29/15 | {9} | CHAN HEE KIM | FINAL PAYMENT ON SETTLEMENT PURSUANT TO CONSENT ORDER [DOC 217] | 1249-000 | 5,000.00 | | 900,063.57 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,391.16 | 898,672.41 |

Page Subtotals:    $319,319.59    $5,360.86

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Exhibit 9**

# Cash Receipts And Disbursements Record

Page: 6

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-27247 | **Trustee Name:** | Charles A. Stanziale (500049) | |
| **Case Name:** | KIM'S PROVISION CO., INC. | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***6826 | **Account #:** | ******6267 Checking Account | |
| **For Period Ending:** | 11/16/2019 | **Blanket Bond (per case limit):** | $48,993,100.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check/Ref # | Paid To / Received From | Description | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 07/02/15 | {10} | PICNIC GARDEN BBQ, INC. | AP 14-01410 - SETTLEMENT PMT #4 | 1241-000 | 10,000.00 | | 908,672.41 |
| 07/07/15 | {5} | PSE&G | AP 14-01427 - SETTLEMENT | 1241-000 | 6,125.00 | | 914,797.41 |
| 07/10/15 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #13 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 924,797.41 |
| 07/23/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 17th payment | 1249-000 | 16,000.00 | | 940,797.41 |
| 07/30/15 | {10} | C. K. BBQ, LLC | AP 14-01410 - SETTLEMENT PMT #5 - FINAL PAYMENT PER AGREEMENT | 1241-000 | 10,000.00 | | 950,797.41 |
| 07/31/15 | 106 | PASHMAN STEIN, PC | FEES & EXPENSES ALLOWER PER ORDER DATED 2/24/15 [DOC 235] | | | 92,741.03 | 858,056.38 |
| | | | Attorney Fees billed at two-third rate $31,376.67 | 3210-000 | | | |
| | | | Contingency fees @ 25% gross recovery $57,682.46 | 3210-000 | | | |
| | | | Expenses $3,681.90 | 3220-000 | | | |
| 07/31/15 | 107 | BLAKELELY LLP | FEES & EXPENSES ALLOWED PER ORDER DATED 7/27/15 [DOC 246] | | | 1,405.93 | 856,650.45 |
| | | | Contingency fees $59.68 | 3210-000 | | | |
| | | | Reimbursement of Expenses $1,346.25 | 3220-000 | | | |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,444.97 | 855,205.48 |
| 08/28/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 18th payment | 1249-000 | 16,000.00 | | 871,205.48 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,313.81 | 869,891.67 |
| 09/01/15 | {10} | C. K. BBQ, LLC | AP 14-01410 - SETTLEMENT PAID IN FULL | 1241-000 | 10,000.00 | | 879,891.67 |
| 09/02/15 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #14 OF 15 - PER ORDER DATED 7/16/14 | 1241-000 | 10,000.00 | | 889,891.67 |
| 09/16/15 | {7} | FANCY FOODS, INC. | AP 12-2701 - SETTLEMENT PAYMENT #15 OF 15 - PER ORDER DATED 7/16/14 - PAID IN FULL | 1241-000 | 10,000.00 | | 899,891.67 |
| 09/29/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 19th payment | 1249-000 | 16,000.00 | | 915,891.67 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,444.82 | 914,446.85 |
| 10/01/15 | {11} | S H K EQUITIES CORP | AP 14-01417 - SETTLEMENT - Payment #1 | 1241-000 | 10,000.00 | | 924,446.85 |
| 10/30/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 20th payment | 1249-000 | 16,000.00 | | 940,446.85 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,402.78 | 939,044.07 |
| 11/03/15 | {11} | K.J. YUMMY CORP | AP 14-01417 SETTLEMENT - Payment #2 | 1241-000 | 3,913.04 | | 942,957.11 |

**Page Subtotals:** $144,038.04   $99,753.34

{ } Asset Reference(s)   **UST Form 101-7-TDR ( 10 /1/2010)**   ! - transaction has not been cleared

## Form 2

Exhibit 9

### Cash Receipts And Disbursements Record

Page: 7

| Case No.: | 12-27247 | Trustee Name: | Charles A.  Stanziale (500049) |
| Case Name: | KIM'S PROVISION CO., INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6826 | Account #: | ******6267 Checking Account |
| For Period Ending: | 11/16/2019 | Blanket Bond (per case limit): | $48,993,100.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/25/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 21st payment | 1249-000 | 16,000.00 | | 958,957.11 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,380.22 | 957,576.89 |
| 12/04/15 | {11} | K.J. YUMMY CORP | AP 14-01417 SETTLEMENT - Payment No. 3 | 1241-000 | 3,913.04 | | 961,489.93 |
| 12/29/15 | {6} | EUN HA SOO CATERING INC. | Settlement - 22nd payment | 1249-000 | 16,000.00 | | 977,489.93 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,601.94 | 975,887.99 |
| 01/04/16 | 108 | PASHMAN STEIN, PC | FEES & EXPENSES ALLOWER PER ORDER DATED 12/29/15 [DOC 256] | | | 40,861.67 | 935,026.32 |
| | | | Attorney Fees billed at two-third rate $6,160.00 | 3210-000 | | | |
| | | | Contingency fees @ 25% gross recovery $34,656.25 | 3210-000 | | | |
| | | | Expenses $45.42 | 3220-000 | | | |
| 01/05/16 | {11} | K.J. YUMMY CORP | AP 14-01417 SETTLEMENT - Payment #4 | 1241-000 | 3,913.04 | | 938,939.36 |
| 01/08/16 | 109 | INTERNATIONAL SURETIES, LTD. | Bond #016026384, Blanket Bond 1/1/16-1/1/17 | 2300-000 | | 433.05 | 938,506.31 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,393.84 | 937,112.47 |
| 02/01/16 | {6} | EUN HA SOO CATERING INC. | Settlement - 23rd payment | 1249-000 | 16,000.00 | | 953,112.47 |
| 02/04/16 | {11} | K.J. YUMMY CORP | AP 14-01417 SETTLEMENT - Payment #5 | 1241-000 | 3,913.04 | | 957,025.51 |
| 02/29/16 | {6} | EUN HA SOO CATERING INC. | Settlement - 24th payment | 1249-000 | 16,000.00 | | 973,025.51 |
| 02/29/16 | {11} | K. J. YUMMY | Check lost in transit to bank, client to forward replacement | 1241-000 | -3,913.04 | | 969,112.47 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,389.93 | 967,722.54 |
| 03/07/16 | {11} | K.J. YUMMY CORP | AP 14-01417 SETTLEMENT - Payment #6 | 1241-000 | 3,913.04 | | 971,635.58 |
| 03/23/16 | {11} | K.J. YUMMY CORP | AP 14-01417 SETTLEMENT - Payment #5 - lost check ret'd by UPS (mailing label was severely damaged)  check re-deposited . | 1241-000 | 3,913.04 | | 975,548.62 |
| 03/31/16 | {6} | EUN HA SOO CATERING INC. | Settlement - 25th payment | 1249-000 | 16,000.00 | | 991,548.62 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,611.70 | 989,936.92 |
| 04/06/16 | {11} | K.J. YUMMY CORP | AP 14-01417 SETTLEMENT - Payment #7 | 1241-000 | 3,913.04 | | 993,849.96 |
| 04/29/16 | {6} | EUN HA SOO CATERING INC. | Settlement - 26th payment | 1249-000 | 16,000.00 | | 1,009,849.96 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,447.40 | 1,008,402.56 |
| 05/06/16 | {11} | K.J. YUMMY CORP | AP 14-01417 SETTLEMENT - Payment #8 | 1241-000 | 3,913.04 | | 1,012,315.60 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,470.92 | 1,010,844.68 |
| 06/01/16 | {6} | EUN HA SOO CATERING INC. | Settlement - 27th payment | 1249-000 | 16,000.00 | | 1,026,844.68 |

Page Subtotals: **$135,478.24**     **$51,590.67**

## Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 8

| | |
|---|---|
| **Case No.:** | 12-27247 |
| **Case Name:** | KIM'S PROVISION CO., INC. |
| **Taxpayer ID #:** | **-***6826 |
| **For Period Ending:** | 11/16/2019 |

| | |
|---|---|
| **Trustee Name:** | Charles A.  Stanziale (500049) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******6267 Checking Account |
| **Blanket Bond (per case limit):** | $48,993,100.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/07/16 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #9 | 1241-000 | 3,913.04 | | 1,030,757.72 |
| 06/29/16 | {6} | EUN HA SOO CATERING INC. | Settlement - 28th payment | 1249-000 | 16,000.00 | | 1,046,757.72 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,701.97 | 1,045,055.75 |
| 07/27/16 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #10 | 1241-000 | 3,913.04 | | 1,048,968.79 |
| 07/29/16 | {6} | EUN HA SOO CATERING INC. | Settlement -Final payment | 1241-000 | 16,000.00 | | 1,064,968.79 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,520.48 | 1,063,448.31 |
| 08/01/16 | {6} | EUN HA SOO CATERING INC. | ADJUSTMENT - to correct final payment re deposit #100093-1 - s/b $18,000.00 | 1241-000 | 2,000.00 | | 1,065,448.31 |
| 08/30/16 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #11 | 1241-000 | 3,913.04 | | 1,069,361.35 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,759.80 | 1,067,601.55 |
| 09/29/16 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #12 | 1241-000 | 3,913.04 | | 1,071,514.59 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,605.25 | 1,069,909.34 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,554.94 | 1,068,354.40 |
| 11/02/16 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #13 | 1241-000 | 3,913.04 | | 1,072,267.44 |
| 11/29/16 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #14 | 1241-000 | 3,913.04 | | 1,076,180.48 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,718.44 | 1,074,462.04 |
| 12/29/16 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #15 | 1241-000 | 3,913.04 | | 1,078,375.08 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,615.09 | 1,076,759.99 |
| 01/09/17 | 110 | INTERNATIONAL SURETIES, LTD. | CASE #12-27247, TRUSTEE'S BLANKET BOND #016026384, ACCT #****-***-1944 - 1/1/17- 1/1/18 | 2300-000 | | 380.11 | 1,076,379.88 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,730.48 | 1,074,649.40 |
| 02/02/17 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #16 | 1241-000 | 3,913.04 | | 1,078,562.44 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,516.49 | 1,077,045.95 |
| 03/07/17 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #17 | 1241-000 | 3,913.04 | | 1,080,958.99 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,681.66 | 1,079,277.33 |
| 04/18/17 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #18 | 1241-000 | 3,913.04 | | 1,083,190.37 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,519.70 | 1,081,670.67 |
| 05/09/17 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #19 | 1241-000 | 3,913.04 | | 1,085,583.71 |

**Page Subtotals:**    **$77,043.44**    **$18,304.41**

---

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 9

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-27247 | |
| **Case Name:** | KIM'S PROVISION CO., INC. | |
| **Taxpayer ID #:** | **-***6826 | |
| **For Period Ending:** | 11/16/2019 | |

| | |
|---|---|
| **Trustee Name:** | Charles A.  Stanziale (500049) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******6267 Checking Account |
| **Blanket Bond (per case limit):** | $48,993,100.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,796.81 | 1,083,786.90 |
| 06/14/17 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #20 | 1241-000 | 3,913.04 | | 1,087,699.94 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,635.75 | 1,086,064.19 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,581.67 | 1,084,482.52 |
| 08/01/17 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #21 | 1241-000 | 3,913.04 | | 1,088,395.56 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,802.92 | 1,086,592.64 |
| 09/18/17 | {11} | EUN HA SOO CATERING INC | AP 14-01417 SETTLEMENT - Payment #22 | 1241-000 | 3,913.04 | | 1,090,505.68 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,584.28 | 1,088,921.40 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,749.67 | 1,087,171.73 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,637.80 | 1,085,533.93 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,580.93 | 1,083,953.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,796.29 | 1,082,156.71 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,521.42 | 1,080,635.29 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,627.90 | 1,079,007.39 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,571.37 | 1,077,436.02 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,785.78 | 1,075,650.24 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,566.71 | 1,074,083.53 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,726.38 | 1,072,357.15 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,673.31 | 1,070,683.84 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 866.72 | 1,069,817.12 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,020.70 | 1,068,796.42 |
| 04/28/19 | | To Account #******6267 | transfer funds to close account | 9999-000 | 58,793.14 | | 1,127,589.56 |
| 10/17/19 | 111 | CHARLES A. STANZIALE | Final Dividend - Trustee's Commissions | 2100-000 | | 51,528.77 | 1,076,060.79 |
| 10/17/19 | 112 | BEDERSON & COMPANY | Final Dividend re Accountant's Services per Order dated 10/17/19 | 3410-000 | | 25,527.50 | 1,050,533.29 |
| 10/17/19 | 113 | BEDERSON & COMPANY | Accountants for Trustee - reimbursement of Expenses | 3420-000 | | 285.64 | 1,050,247.65 |
| 10/17/19 | 114 | McCARTER & ENGLISH, LLP | Counsel to Trustee - Final fees allowed | 3110-000 | | 129,385.45 | 920,862.20 |
| 10/17/19 | 115 | McCARTER & ENGLISH, LLP | Counsel to Trustee, Reimbursement of final expenses | 3120-000 | | 1,917.57 | 918,944.63 |

**Page Subtotals:**    **$70,532.26**    **$237,171.34**

## Form 2

**Exhibit 9**

Page: 10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-27247 | |
| **Case Name:** | KIM'S PROVISION CO., INC. | |
| **Taxpayer ID #:** | **-***6826 | |
| **For Period Ending:** | 11/16/2019 | |

| | |
|---|---|
| **Trustee Name:** | Charles A.  Stanziale (500049) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******6267 Checking Account |
| **Blanket Bond (per case limit):** | $48,993,100.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/17/19 | 116 | United States Trustee's Office | Final Dividend paid at 100.00% of $650.00 | 2950-000 | | 650.00 | 918,294.63 |
| 10/17/19 | 117 | Helicon Partners, LLC | Final Dividend paid Secured Lender per Agreement | 4210-000 | | 918,294.63 | 0.00 |

|  | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | 1,674,533.17 | 1,674,533.17 | $0.00 |
| Less: Bank Transfers/CDs | 58,793.14 | 0.00 | |
| **Subtotal** | 1,615,740.03 | 1,674,533.17 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $1,615,740.03 | $1,674,533.17 | |

## Form 2

Exhibit 9

Page:   11

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-27247 | **Trustee Name:** | Charles A.  Stanziale (500049) |
| **Case Name:** | KIM'S PROVISION CO., INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***6826 | **Account #:** | ******6267 Checking Account |
| **For Period Ending:** | 11/16/2019 | **Blanket Bond (per case limit):** | $48,993,100.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $1,676,438.53 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,676,438.53 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6266 ESCROW FUNDS | $60,698.50 | $1,905.36 | $0.00 |
| ******6267 Checking Account | $1,615,740.03 | $1,674,533.17 | $0.00 |
| | **$1,676,438.53** | **$1,676,438.53** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**